IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDMOND CALLOWAY,       :
      Plaintiff,      :     1:20-cv-2337
                   :
v.               :     Hon. John E. Jones III
                   :
SERGEANT BAUMAN, *et al.*,   :
      Defendants.    :

## <u>SCHEDULING ORDER</u>

**May 7, 2021**

NOW THEREFORE, upon consideration of the filing of Defendants' Answer

(Doc. 20) it is hereby ORDERED that:

1. Discovery shall be completed on or before September 27, 2021. In accordance with Local Rule of Court 5.4 (b), the parties shall refrain from filing discovery requests with the Court.

2. On or before October 7, 2021, the parties shall NOTIFY the Court of whether they are amenable to mediation.

3. On or before October 7, 2021, the parties shall NOTIFY the Court of their willingness to consent to the jurisdiction of a United States Magistrate Judge. *See* 28 U.S.C. § 636(c).

4. Dispositive motions shall be filed on or before October 27, 2021.

5. No extensions of the pre-trial schedule shall be granted absent good cause. *See* FED. R. CIV. P. 16(b).

6. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

7.      The scheduling of a final pre-trial conference and the trial date of this
        matter is deferred pending disposition of dispositive motions.


                                        s/ John E. Jones III
                                        John E. Jones III, Chief Judge
                                        United States District Court
                                        Middle District of Pennsylvania