IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDMOND CALLOWAY, | : | Civil No. 3:20-cv-2337 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SERGEANT BAUMAN, et al., | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 20th day of September, 2022, upon consideration of Defendants' motion (Doc. 68) for summary judgment, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 68) is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff.

3. The Clerk of Court is further directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge