# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| EDMOND CALLOWAY )<br>*Plaintiff* )<br>*v.* )<br>SERGEANT BAUMAN, ET AL )<br>) | Civil Action No. 1:20-CV-2337 |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus post judgment interest at the rate % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

X other: Judgment is entered IN FAVOR of Defendants Sergeant Bauman, Correctional Officer S. Beaver, Barber Instructor Brenda Attinger, Principal George Donadi, Deputy Superintendent Anthony Luscavage, Deputy Superintendent Williams Nicklow, Superintendent Thomas McGinley, and former Secretary John Wetzel, and AGAINST Plaintiff, Edmond Calloway.

X decided by Judge Robert D. Mariani on a motion for Summary Judgment.

Date: September 20, 2022

*CLERK OF COURT*

/s/ Judith A. Malave, Deputy Clerk
*Signature of Clerk or Deputy Clerk*