Smart Communications / PA DOC
SCI-Frackville
Edamound Calloway - CZ-1154
P.O. Box 33028
St.Petersburg,FL 33733

June 12, 2023

Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. &
U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton,PA 18501-1148

**FILED**
**SCRANTON**

**JUN 16 2023**

PER_____
DEPUTY CLERK

Re: Calloway v. Bauman, et al;
Case No.# 1:20-cv-02337

Dear Clerk of Court,

I'm addressing this letter to you in regards to the above captioned case. On October 17, 2022, I sent to this court my Notice of Appeal in regards to an Order by District Judge: Robert D. Mariani, handed down to me on September 20, 2022. Upon receiving that order, I immediately composed a (3) page motion and addressed it to the above address, using the return address of **Smart Comminications / PA DOC, SCI-Frackville, Edmound Calloway, P.O. Box 33028, St.Petersburg,FL 33733**.

I never received a reply or response from the court regarding that motion, I would like to know where does my appeal regarding this matter currently stand, because I initiated my Notice of Appeal in a timely manner; but was never heard from by the court.

I thank you for your time and consideration, and hope to hear from you at your earliest convenience regarding this matter...

Respectfully Submitted,

*Edmound Calloway*

**CC:** ejc, file

Smart Communications / PA DOC
SCI-Frackville
Edmound Calloway - CZ-1154
P.O. Box 33028
St.Petersburg,FL 33733

INMATE MAIL
PA DEPT OF
CORRECTIONS

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.60
06/14/2023 ZIP 17932
043M31230995

RECEIVED
SCRANTON
JUN 1 6 2023
PER _____ /DEPUTY CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235-North Washington Avenue
P.O. Box 1148
Scranton,PA 18501-1158